IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-1-RLV-DCK

| | |
|---|---|
| SQUARE RING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SHAWN ODELL KENNEDY ) | |
| et al., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed January 3, 2010 for admission of Julie Cohen Lonstein as counsel *pro hac vice* on behalf of Plaintiff Square Ring, Inc.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Lonstein shall be admitted to appear before this court pro hac vice on behalf of Plaintiff Square Ring, Inc. It appears that Ms. Lonstein has associated Allen P. Root, Esq, Root & Root as local counsel.

Signed: January 4, 2010

David C. Keesler
United States Magistrate Judge